UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-22274-CIV-ALTONAGA

**DARIEN RODRIGUEZ**,

    Plaintiff,
v.

**INKAHOLIK TATTOOS, INC.**,

    Defendant,
_____/

## ORDER

**THIS CAUSE** came before the Court upon the parties' Stipulation of Dismissal [ECF No. 19], filed October 3, 2018.  The parties request the Court retain jurisdiction for the purpose of enforcing their settlement agreement, but they do not provide a copy of the agreement.  The Court will not retain jurisdiction over a settlement agreement it has not seen or approved.  Accordingly, it is

**ORDERED AND ADJUDGED** that the case is **DISMISSED**, and any pending motions are denied as moot.  The parties may re-file their stipulation by **October 11, 2018,** including with it a copy of their settlement agreement.

**DONE AND ORDERED** in Miami, Florida, this 5th day of October, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record